In the Matter of the Claim of SARA COSTA, Respondent, against LUSTBADER COMPANY, INC., et al., Appellants.  WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.